1

2

3

**O**

4

**JS-6**

5

6

7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

10

GLORIA ALMANZA, an individual,

Case No.  2:21−cv−09725 MEMF (SKx)

11

Plaintiff,

12

vs.

**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) [ECF NO. 27]**

13

SMITH & NEPHEW, INC., a Delaware

14

corporation; REUVEN MINKOWITZ, M.D., an individual; GORDON ORDAZ, PA-C, an

15

individual; RUSSEL ODONO, M.D., an individual; KAISER FOUNDATION

16

HEALTHPLAN, INC., a California corporation; KAISER FOUNDATION

17

HOSPITALS, a California corporation; THE PERMANENTE MEDICAL GROUP, P.C., a

18

California corporation; and DOES 1-100,

19

Inclusive

20

Defendants.

21

22

23

24

25

26

/ / /

27

/ / /

28

1

On September 16, 2022, the parties filed a Joint Stipulation to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a). ECF No. 27.

The Court, having considered the Request and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS:

(1)  The action is DISMISSED with prejudice;

(2) Each side shall bear its own costs and attorneys' fees; and

(3) Defendants' Motion for Summary Judgment (ECF No. 26) is hereby DISMISSED as MOOT.

IT IS SO ORDERED.

Dated: October 13, 2022

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge